**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 14-7287MJ |
| Plaintiff, | |
| vs. | **ORDER OF DETENTION** |
| Daniel Calderon-Vasquez, | |
| Defendant. | |

Defendant appeared before this Court on a Petition for Action on Conditions of Pretrial Release filed in the Western District of Texas. A detention hearing was held. The Court considered the Petition and file in determining whether defendant should be released on conditions set by the Court.

The Court finds that defendant has failed to carry his burden of establishing that he does not pose a serious flight risk pursuant to Title 18, U.S.C. § 3148.

The Court concludes, by a preponderance of the evidence, that defendant is a serious flight risk and that there is no condition or combination of conditions that will reasonably assure his appearance at future proceedings.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 9th day of May, 2014.

_____
Michelle H. Burns
United States Magistrate Judge